IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| COLIN NEIL MEEK, | ) | |
| Petitioner, | ) ) | |
| vs. | ) | NO. CIV-08-206-HE |
| DAVID MILLER, Warden, | ) ) | |
| Respondent. | ) ) | |

## ORDER

Petitioner Colin Neil Meek, a state prisoner appearing *pro se*, instituted this action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus. Consistent with 20 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Doyle W. Argo, who has recommended that the petition be denied. The petitioner, by failing to object to the Report and Recommendation [Doc. # 10], has waived his right to appellate review of the suggested denial. United States v. 2121 East 30th Street, 73 F.3d 1057, 1059-60 (10th Cir. 1006). The court has also considered the merits of the petitioner's claim and concurs with the magistrate judge that the petition for writ of habeas corpus be denied.

Accordingly, the court adopts the Report and Recommendation and **DENIES** the petition for writ of habeas corpus.

**IT IS SO ORDERED.**

Dated this 13th day of November, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE